# United States Court of Appeals
## For the First Circuit

No. 06-2733

NULANKEYUTMONEN NKIHTAQMIKON, DAVID MOSES BRIDGES,
VERA J. FRANCIS, HILDA LEWIS, DEANNA FRANCIS,
REGINALD JOSEPH STANLEY, MARY BASSETT,
Plaintiffs, Appellant,

v.

ROBERT K. IMPSON, Acting Regional Director, Eastern Region,
Bureau of Indian Affairs; GALE NORTON, Secretary of the
Interior, United States Department of the Interior,
Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on September 14, 2007, is
amended as follows:

On page 17, the last line of footnote 14, the word "comparted"
should be changed to read "compared."